___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
        COUNSEL/PARTIES OF RECORD

March 22, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
LISA CARTIER GIROUX
Assistant United States Attorney
Nevada Bar No. 14040
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Email: Lisa.Cartier-Giroux@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>DEVARIAN HAYNES,<br><br>Defendant. | No. 2:20-cr-00126-APG-VCF<br><br>CRIMINAL INFORMATION<br><br>VIOLATION:<br><br>18 U.S.C. §231(a)(3) – Civil Disorder |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

COUNT ONE
Civil Disorder
(18 U.S.C. §231(a)(3))

On or about May 31, 2020, in the State and Federal District of Nevada,

DEVARIAN HAYNES,

Defendant herein, committed and attempted to commit an act to obstruct, impede, and interfere with a law enforcement officer, that is officers from the Las Vegas Metropolitan Police Department, lawfully engaged in the lawful performance of official duties incident to and

during the commission of a civil disorder which in any way and degree did obstruct, delay, and adversely affect commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function; all in violation of 18 U.S.C. §231(a)(3).

**DATED:** this *15th* day of March, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

LISA C. CARTIER GIROUX
Assistant United States Attorney

2