PROB 12A [HOU]
(08/25)

United States District Court
Southern District of Texas
**ENTERED**
December 31, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Person Under Supervision – No Court Action Required

| | |
|---|---|
| Name of Person Under Supervision: | Devarian Haynes |
| Case Number: | 4:25CR00285-001 |
| Name of Sentencing Judge: | The Honorable Andrew P. Gordon |
| Name of Assigned Judge: | The Honorable Kenneth M. Hoyt |
| Date of Original Sentence: | June 22, 2022 |
| Original Offense: | Civil Disorder, in violation of 18 U.S.C. § 231(a)(3) |
| Original Sentence: | Twenty-four months imprisonment, followed by three years supervised release and a $100 special assessment. Special Conditions: Participate in drug/alcohol treatment, no alcohol, participate in a mental health treatment program, no contact with codefendant without obtaining permission, and complete 100 hours of community service. |
| Type of Supervision: | Supervised Release |
| Supervision Started: | July 12, 2024 |

### EARLIER COURT ACTION

<u>July 9, 2024:</u> A modification order was signed by the District of Nevada, ordering Mr. Haynes to reside in a residential re-entry center (RRC) for up to 120 days. On October 10, 2024, Mr. Haynes was unsuccessfully discharged due to testing positive for marijuana and being out of his assigned area.

<u>September 4, 2024:</u> Supervision from the District of Nevada was accepted by the Southern District of Texas, Houston Division.

<u>March 11, 2025:</u> The Court concurred with the U.S. Probation Officer's recommendation to take no action and allow Mr. Haynes to participate in substance abuse treatment after testing positive for marijuana on December 12, 2024.

<u>May 2, 2025:</u> A Petition for Warrant or Summons (Prob 12C) was submitted to the District of Nevada alleging failure to pay restitution as directed and due to testing positive for marijuana on March 27, 2025. The Court issued a Summons. The summons was returned unexecuted due to the U.S. Marshals being unable to locate the defendant.

RE:   Devarian Haynes 2
Dkt. No. 4:25CR00285-001

<u>June 2, 2025:</u>  A Transfer of Jurisdiction from the District of Nevada to the Southern District of Texas, Houston Division and assigned to the Honorable Kenneth M. Hoyt.

<u>July 14, 2025:</u> Devarian Haynes appeared before the Court for a revocation hearing. He pleaded true to illegal possession of controlled substances, failure to pay restitution, failure to report a change in residence and failure to notify the probation officer within 72 hours of arrest or contact with law enforcement.  The Court imposed a sentence of time served, with a term of supervised release for the original expiration date of July 11, 2027.

<u>October 14, 2025:</u>  The Court was notified of the defendant testing positive for marijuana on September 16, 2025, and for failing to pay restitution.  The Court concurred with the U.S. Probation Officer's recommendation to take no action and monitor the offender closely.

## NONCOMPLIANCE SUMMARY

The person under supervision has not complied with the following condition(s) of supervision:

**Violation Number**   **Nature of Noncompliance**

**1**   **Law Violation: Theft of property $750-$2,500 (Mandatory Condition No. 1)**

On or about November 1, 2025, in Harris County, Pasadena, Texas, Devarian Haynes was arrested for theft of property $750-$2,500, in violation of Texas Penal Code § 31.03, a Class A misdemeanor, under Cause No. 2590248 in Harris County Criminal Count at Law No. 12.  Mr. Haynes released on $100 bond and is scheduled to appear in Court on December 10, 2025. According to the Criminal Complaint, the defendant deprived the complainant of rims and tires.

**U.S. Probation Officer Action:**

Mr. Haynes has not complied with the terms and conditions of supervision by committing a new law violation for theft of property.  This violation is a moderate-severity violation.  This officer will monitor Mr. Haynes closely.  It is respectfully requested the Court take no action at this time pending the disposition of the criminal case.  It is also requested the Court reserve the right to reconsider this violation if further non-compliant behavior continues.

RE: **Devarian Haynes**
Dkt. No. 4:25CR00285-001

3

Approved:

*Susan Calder*
Susan Calder, Supervising
United States Probation Officer

Respectfully submitted,

By: *Valencia Fletcher*
Valencia Fletcher
United States Probation Officer
December 22, 2025

Name of Offender: Devarian Haynes
Case Number: 4:25CR00285-001
Page Number: 4

[X]  Court Concurs with Recommended Action

[ ]  Submit a Request for Modifying the Condition(s) or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other:

_____
Kenneth M. Hoyt
U. S. District Judge

12-31-25
Date